UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN T. COHN, et al.,<br><br>    Defendants. | Case No. 21-cv-08341-JST<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF No. 18 |

The parties acknowledge that they were required to complete a joint site inspection by February 17, 2022. ECF No. 18 ¶ 1. They did not comply with that deadline. Instead, 25 days after the deadline had passed, they filed a stipulation to extend the deadline. ECF No. 18.

The parties are ordered to show cause in writing by May 24, 2022, as to why sanctions should not be imposed for failure to comply with the Court's orders. *See* Civil L.R. 1-4; *Wang v. Nev. Sys. of Higher Educ.*, No. 3:18-cv-00075-MMD-CLB, 2022 WL 95428, at *4 (D. Nev. Jan. 10, 2022) ("Federal courts have the inherent power to punish conduct which abuses the judicial process, including accessing attorneys' fees when a party has 'acted in bad faith, vexatiously, wantonly, or for oppressive reasons.'" (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 45-46 (1991)). The Court notes that it has frequently been required to address Plaintiff's, and Plaintiff's counsel's, failure to comply with the Court's deadlines. *See Johnson v. Silvercreek Yuba I, LLC*, Case No. 21-cv-05907; *Johnson v. Gamba*, Case No. 21-cv-06708; *Whitaker v. Sugarman*, Case No. 4:21-cv-07308; *Johnson v. T&V Investment, Inc.*, Case No. 21-cv-09162.

/ / /

/ / /

/ / /

The Court will conduct a show cause hearing on June 7, 2022, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 15, 2022



JON S. TIGAR
United States District Judge